In the Matter of Alice Dillard POTTER, Petitioner.
(417 S.E. (2d) 875)

Supreme Court

June 9, 1992.

ORDER

Petitioner was transferred to disability inactive status by Order dated March 10, 1989. 297 S.C. 540, 377 S.E. (2d) 580. Pursuant to Paragraph 19(F), Rule 413, SCACR, she now petitions this Court for reinstatement to active status.

We find that petitioner's disability has been removed and she is fit to resume the active practice of law. Accordingly, the petition is granted.

It is so ordered.